AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

**United States District Court**  District MASSACHUSETTS

RECEIVED SEP -8 2004

Name: DONALD K. DELISLE     Prisoner No. W66073    Case No. 04-11906 JLT

Place of Confinement: Bridgewater State Hospital (BSH)
20 Administration Road
Bridgewater, Massachusetts 02324

Referred to MJ LP Cohen

Name of Petitioner (include name under which convicted)

DONALD K. DELISLE       v.    Name of Respondent (authorized person having custody of petitioner)
                               MICHAEL T. MALONEY, Commr.,
                               Dept. of Corr., and KENNETH
                               NELSON, Supt., BSH

The Attorney General of the State of: Massachusetts
Thomas F. Reilly, One Ashburton Pl., 20th Fl., Boston, MA 02108

RECEIPT # ___
AMOUNT $ 5.00
SUMMONS ISS.
RULE 4.1
WAIVER OF _____
MCF ISSUED _____
BY DPTY CLK _____
DATE 9-13-04

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  Suffolk Superior Court, Boston, Massachusetts, for relevant revocation of probation (underlying judgment entered in Hampshire Superior Court, Northampton, Massachusetts)

2. Date of judgment of conviction  February 18, 1999, for relevant probation revocation

3. Length of sentence  twelve-fifteen years

4. Nature of offense involved (all counts)  ~~attempted extortion~~

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty      ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury        ☐
   (b) Judge only  ☒   (probation revocation proceedings)

7. Did you testify at the trial?
   Yes ☒  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐     (order revoking probation)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court ___Supreme Judicial Court of Massachusetts___

   (b) Result ___order revoking probation affirmed___

   (c) Date of result and citation, if known ___Com. v. Delisle, 440 Mass. 137 (9/10/03)___

   (d) Grounds raised ___Whether the 5th amend. privilege against self-incriminat___
   ___precludes revocation of probation based on refusal to make disclosure___
   ___regarding present and future charges in court-mandated therapy.___

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court ___Hampshire Superior Court___

    (2) Nature of proceeding ___State habeas corpus petition (based on___
    ___erroneous calculation of time served under prior sentences)___

    (3) Grounds raised ___erroneous imposition of earlier sentence___

AO 241 (Rev. 5/85)

> However, the State habeas corpus petition has nothing to do with the merits of probation revocation raised in this petition.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☒   No ☐

(5) Result ___The Superior Court judge has taken the matter under advisement.___

(6) Date of result ___No decision yet.___

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐   No ☒
(2) Second petition, etc.    Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

___The decision has not been handed down.___

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: probation revocation obtained in violation of the 5th amendment privilege against incrimination

Supporting FACTS (state *briefly* without citing cases or law) The petitioner's probation was revoked in large part because he declined to make written disclosures concerning possible abuse of his wife during the course of court-mandated therapy, when there were four pending criminal actions against him instituted by his wife for assault and/or violations of a restraining order.

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

AO 241 (Rev. 5/85)

C. Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

D. Ground four _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _____

_____

    (b) At arraignment and plea _____

AO 241 (Rev. 5/85)

    (c) At trial __(i.e. probation revocation)    John R. Campbell, Esq., 101 Tremont Street, Boston, Massachusetts 02108__

    (d) At sentencing __John R. Campbell, Esq., 101 Tremont Street, Boston, Massachusetts 02108__

    (e) On appeal __William W. Adams, Esq., 203 Summit Street, Plainfield, Massachusetts 01070-0038__

    (f) In any post-conviction proceeding __William W. Adams, Esq., 203 Summit Street, Plainfield, Massachusetts 01070-0038__

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒   No ☐    (as to the underlying judgments of convictions)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__9/3/04__
(date)

_Ronald Delisle_
Signature of Petitioner