**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

 Donald K. Delisle
        **Petitioner**

                                                        **CIVIL ACTION**

               **V.**
                                                        **NO.  04-cv-11906 JLT**

 Michael T. Maloney, et. al.
        **Respondent**

                               **O R D E R**

  Tauro, D. J.


        Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of

this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas

Corpus by mailing copies of the same, certified mail, to the Respondent AND the

Attorney General for the Commonwealth of Massachusetts, Attention:   Pamela

Hunt, Chief, Appellate Division, One Ashburton Place, 18th Floor, Boston, MA

02108.

        It is further ordered that the Respondent shall, within 20 days of receipt of

this Order, file an answer (or other proper responsive pleading) to the Petition for

Writ of Habeas Corpus.

        This Court further requests the Respondent, as part of the return, to file

such documents which reflect on the issue as to whether Petitioner(s) exhausted

available state remedies with respect to the matters raised by the Petition.


 September 14, 2004                           Joseph L.Tauro
        **Date**                            **United States District Judge**

**(2254 Service Order.wpd - 12/98)**                                              **[2254serv.]**