UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
DONALD K. DELISLE,                 )
                                   )
    Petitioner,                    )
                                   )
v.                                 )   Civil Action No. 04-11906-JLT
                                   )
MICHAEL T. MALONEY,                )
                                   )
    Respondent.                    )
_____)

## NOTICE OF APPEARANCE

    Please enter the appearance of the undersigned counsel for the respondent, Michael T. Maloney.

                                  Respectfully submitted,

                                  THOMAS F. REILLY
                                  ATTORNEY GENERAL

                                  /s/ Natalie S. Monroe
                                  Natalie S. Monroe (BBO #562383)
                                  Assistant Attorney General
                                  Criminal Bureau
                                  One Ashburton Place
                                  Boston, MA 02108
Dated: October 7, 2004              (617) 727-2200, ext. 2833


### Certificate of Service

    I hereby certify that on October 7, 2004, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon the *pro se* petitioner, Donald K. Delisle, Prisoner No. W66073, Bridgewater State Hospital, 20 Administration Road, Bridgewater, Massachusetts 02324.

                                  /s/ Natalie S. Monroe
                                  Natalie S. Monroe