UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-11906-JLT

DONALD K. DELISLE

Petitioner

v.

MICHAEL T. MALONEY

Respondent

PROCEDURAL ORER

November 8, 2004

COHEN, M.J.

The respondent having filed his answer (# 06) and supplemental appendix (#07), and it appearing that, at the present time, the respondent does not contend that the petition was filed out of time, or that the petitioner failed to exhaust his available state remedies, to the extent that petitioner intends to file a memorandum of law in support of his petition for a writ of habeas corpus,[1] he may do so by filing that memorandum of law on or before the close of business, Friday, December 10, 2004.  Respondent shall then file his memorandum of law on or before the close of business, Friday, January 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The supplemental appendix (# 07) contains the petitioner's brief and record appendix filed before the Massachusetts Appeals Court.  If petitioner chooses to rely on the points set forth in that brief and record appendix, he may do so.