UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD K. DELISLE, | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 04-11096-JLT |
| MICHAEL T. MALONEY, ET AL. | § § § § | |
| Respondents. | § § § | |

NOTICE OF APPEARANCE

*To the Clerk of the Above-named Court:*

Please enter my appearance for the petitioner, Mr. Donald K. Delisle, in the above-captioned matter.

Date: December 9, 2004.

William W. Adams
Mass. BBO No. 549406
*Attorney for the Petitioner*
203 Summit Street
Plainfield, Massachusetts 01070-0038
Tel (413) 634-0062
Fax (413) 634-0340

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2004, I cause to be served a true copy of the above Notice of Appearance to be served by first-class mail, postage prepaid, upon Ms. Natalie S. Monroe, Assistant Attorney General, One Ashburton Place, Boston, Massachusetts 02108.

Date: December 9, 2004.

*William W. Adams*
William W. Adams
Mass. BBO No. 549406