UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD K. DELISLE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-11906-JLT |
| ) | |
| MICHAEL T. MALONEY, ) | |
| ) | |
| Respondent. ) | |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
## TO FILE MEMORANDUM IN RESPONSE TO
## PETITION FOR WRIT OF HABEAS CORPUS

The respondent, Michael T. Maloney, with the assent of the petitioner, Donald K. Delisle, hereby respectfully requests that this Court grant him an enlargement of time within which he must file an opposition to the petitioner's memorandum of law up to and including February 7, 2005.[1]  In support of this motion, the respondent states that, pursuant to this Court's order, the respondent's memorandum in opposition is currently due to be filed by January 7, 2005.  The assistant attorney general who has been handling this case, Natalie S. Monroe, is leaving the Office of the Attorney General, and this case has been reassigned to the undersigned.  The additional thirty (30) day period is necessary to allow successor counsel to become familiar with the issues raised by this case and to prepare a thorough response to the petitioner's memorandum.

The petitioner has assented to this motion, and granting the motion will not unduly delay

---

[1] February 7th is the first business day after the expiration of the thirty-day period requested in this motion.

the proceedings nor will it prejudice any party.

WHEREFORE, the respondent respectfully requests that this Court grant him until February 7, 2005, to file a memorandum in response to the petition for writ of habeas corpus.

>Respectfully submitted,
>
>THOMAS F. REILLY
>ATTORNEY GENERAL
>
>_/s/ Maura D. McLaughlin_
>Maura D. McLaughlin (BBO #634923)
>Assistant Attorney General
>Criminal Bureau
>One Ashburton Place
>Boston, MA 02108
>(617) 727-2200, ext. 2857

Assented:

DONALD K. DELISLE,

By his attorney,

_/s/ William W. Adams (MDM)_
William W. Adams, Esq.

Dated: January 5, 2005

## Certificate of Service

I hereby certify that on January 5, 2005, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon counsel for the petitioner, Donald K. Delisle, at the following address: William W. Adams, Esq., Attorney and Counselor at Law, 203 Summit Street, Plainfield, Massachusetts 01070-0038.

*/s/ Maura D. McLaughlin*
Maura D. McLaughlin