UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD K. DELISLE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-11906-JLT |
| ) | |
| MICHAEL T. MALONEY, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned assistant attorney general as counsel for the respondent, Michael T. Maloney. The undersigned will be appearing as successor counsel to Natalie S. Monroe, Esq., who is leaving the Office of the Attorney General.

Respectfully submitted,

_____
Maura D. McLaughlin (BBO #634923)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2857

Dated: January 5, 2005

## Certificate of Service

    I hereby certify that on January 5, 2005, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon counsel for the petitioner, Donald K. Delisle, at the following address: William W. Adams, Esq., Attorney and Counselor at Law, 203 Summit Street, Plainfield, Massachusetts 01070-0038.

                                              _/s/ Maura D. McLaughlin_
                                              Maura D. McLaughlin