UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CLERK'S NOTICE


This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.

Case 1:04-cv-11906-JLT   Document 16   Filed 02/03/2005   Page 1 of 1