UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Donald K. Delisle<br>    Plaintiff | |
| V. | CIVIL ACTION<br><br>NO. 04-cv-11906 JLT |
| Michael T. Maloney<br>    Defendant | |

## JUDGMENT

Tauro, D. J.

In accordance with the Court's Endorsement dated July 7, 2005 adopting the Magistrate Judge's Report and Recommendation of June 9, 2005 dismissing the above-entitled action for lack of jurisdiction, it is hereby ORDERED:

Judgment for the  Respondent .

By the Court,

July 14, 2005                                         /s/ Kimberly M. Abaid
    Date                                                     Deputy Clerk

(R&R Judgment.wpd - 12/98)